IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**NORTH SISTER PUBLISHING, Inc.,** *et al*,

    Plaintiffs,

v.

**RICHARD SCHEFREN,** *et al*,

    Defendants.

Civ. No. 6:14-cv-1395-TC

OPINION and ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 22) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 22) is adopted in its entirety. Defendants' motion to dismiss or stay pursuant to the first-to-file rule, or, in the alternative, to dismiss for lack of personal jurisdiction (ECF No. 7), is DENIED.

IT IS SO ORDERED.

DATED this 14th day of May, 2015.

                                              **Michael J. McShane**
                                              **United States District Judge**

2 – OPINION AND ORDER